842

No. 82, Misc. KARP *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey* and *Julia P. Cooper* for the United States.

No. 83, Misc. ZAMBARDI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Herbert S. Siegel* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Eugene L. Grimm* for the United States.

No. 84, Misc. IN RE SIMMONS. Supreme Court of Ohio. Certiorari denied.

No. 88, Misc. SCHACHEL *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Ann Thacher Clarke* for petitioner.

No. 89, Misc. JOHNSTONE *v.* MISSOURI. Supreme Court of Missouri. Certiorari denied.

No. 90, Misc. MAYNARD *v.* ADAMS, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 91, Misc. EARNSHAW *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin* for the United States.

No. 92, Misc. CRAHAN *v.* OHIO ET AL. Supreme Court of Ohio. Certiorari denied.